STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. LEONARD COSTA, DEFENDANT-RESPONDENT.

On petition for certification to Superior Court, Appellate Division.

See same case below: 20 *N. J. Super.* 28.

*Mr. Theodore D. Parsons* and *Mr. David H. Harris* for the petitioner.

*Mr. Martin J. Di Maria* for the respondent.

September 22, 1952. Granted.